George A. McKINLEY, Appellant,

v.

CLAY COUNTY SANITARY &
DITCHING SERVICE,
INC., Respondent.

No. WD 76653.

Missouri Court of Appeals,
Western District.

July 1, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Sept.
2, 2014.

John Roe, Kansas City, MO, for Appellant.

John Reddoch, II, Liberty, MO, for Respondent.

Before Division Three: MARK D.
PFEIFFER, P.J., THOMAS H.
NEWTON, and CYNTHIA L. MARTIN,
JJ.

### ORDER

PER CURIAM:

Mr. George A. McKinley appeals the trial court's judgment denying the claim of adverse possession.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).